UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAYDEANE FRANCIS ELL,

                Petitioner,

    v.

JASON BENNETT,

                Respondent.

Case No. C24-1393-TSZ-MLP

ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed the Report and Recommendation, docket no. 7, of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Petitioner's application to proceed in forma pauperis, docket no. 1, is DENIED. Petitioner is DIRECTED to pay the full filing fee of $5.00 within ***thirty (30) days*** of the date this Order is signed. If the filing fee is not paid, this case will be dismissed.

    (3)    The Clerk shall file the petition only upon receipt of the filing fee. If no filing fee is paid within thirty (30) days of the date of this Order, the Clerk is directed to close the case.

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

(4) The Clerk is directed to send copies of this Order to Petitioner and to the Honorable Michelle L. Peterson.

Dated this 12th day of November, 2024.

Thomas S. Zilly
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2